**Traders Investment Company, appellee, v. Harry Rosen et al. Edmund A. Hastings, trustee, appellant. Gen. No. 34,108.**

 Heard in the third division of this court for the first district at the February term, 1930. Opinion filed December 10, 1930.

Frederick Mayer, for appellant. Joseph F. Grossman, for appellee.

Mr. Justice Friend delivered the opinion of the court.

**Ewald E. Garbe, appellant, v. Union Bank of Chicago and G. Frank Croissant, appellees. Gen. No. 34,150.**

 Heard in the third division of this court for the first district at the February term, 1930. Opinion filed December 10, 1930. Rehearing denied January 5, 1931.

Robert H. Holmes, for appellant. Kirkland, Fleming, Green & Martin, for appellee Union Bank of Chicago. John A. Brown and Robert E. Owens, for appellee G. Frank Croissant.

Mr. Justice Friend delivered the opinion of the court.

**Frank Fein, appellee, v. M. Samuels & Company, Inc., trading as Newark Shoe Stores Company, appellant. Gen. No. 33,817.**

 Heard in the third division of this court for the first district at the October term, 1929. Opinion filed December 10, 1930.

Roy S. Gaskill, for appellant; John H. Bishop, of counsel. No appearance for appellee.

Mr. Justice Hebel delivered the opinion of the court.